1  TIMOTHY A. CANNING  CSB No. 148336
   Law Offices of Timothy A. Canning
2  1125 16th St., Suite 204
   PO Box 4201
3  Arcata, CA 95518
   Telephone:  (707) 822-1620
4  Facsimile: (707) 760-3523
   Email: tc@tclaws.com
5
   Attorney for Plaintiff Aldo Maggiora
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO MAGGIORA | |
| Plaintiff, | Case No.  07-CV-03405  MEJ |
| vs. | |
| ABBEY ASHFORD SECURITIES, INC., RAMZY IBRAHIM MOUMNEH, RAYMOND . IDEC, JR., ANTHONY M. KENNELL, and DOES 1 through 50, inclusive, | NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Law Offices of Timothy A. Canning

Dated: September 27, 2007         _____/s/_____
                                  Timothy A. Canning
                                  Attorney for Plaintiff Aldo Maggiora

1

Maggiora v Abbey Ashford,  07-CV-03405 MEJ          Notice of Voluntary Dismissal